O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR14-269-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| JAYSON LOREN WOOTEN, | ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

    On September 16, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on August 27, 2015. Government counsel, Jeff Chemerinsky, the defendant and his appointed DFPD attorney, Sonam Henderson, were present. The U.S. Probation Officer, Robert Chavez, was also present.

    The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on August 27, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 18, 2013 and September 9, 2014.

    IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervision to follow.

    It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on October 15, 2015. In the absence of such

designation, the defendant shall report on or before the same date and time, to the United States Marshal located at:  Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

    The Court hereby recommends that defendant be designated to a facility in Southern California, or as close thereto as possible.

    Defendant's bond is exonerated upon surrender.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     September 16, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
ACTING CLERK OF COURT


By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk